**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA CACHU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, doing business in the State of California, DOE LENDER and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. EDCV 09-183-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 24, 2009

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　United States District Judge